**MULTIMEDIA PLUS, INC., Multimedia Technologies, LLC, Plaintiffs-Appellants**

v.

**PLAYERLYNC LLC, Defendant-Appellee**

2016-2574

United States Court of Appeals, Federal Circuit.

August 16, 2017

BARRY EVAN NEGRIN, Kane Kessler, P.C., New York, NY, argued for plaintiffs-appellants.

RYAN AFTEL TYZ, Tyz Law Group PC, San Francisco, CA, argued for defendant-appellee.

(Prost, Chief Judge, O'Malley and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**